UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY STEVEN HALL JR #14047-029, Plaintiff | CIVIL DOCKET NO. 1:22-CV-00330 SEC P |
| VERSUS | JUDGE DRELL |
| USA, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 3RD day of June 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT