
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY STEVEN HALL JR<br>#14047-029,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00330<br>SEC P |
| VERSUS | JUDGE DRELL |
| USA,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after an independent review of the record, including the objections filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 25 day of August 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT